UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:                                                           CASE NO.: 24-50107-KKS
                                                                 CHAPTER 13

**Jeffery Lamar Johnson,**

**&**

**Melinda Anita Johnson,**

Debtors.

_____/

## OBJECTION TO DEBTORS' CHAPTER 13 PLAN

**COMES NOW,** U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE, FOR ABS LOAN TRUST VI ("Secured Creditor"), by and through its undersigned counsel, objects to Debtors' Chapter 13 Plan (DE #5), and states as follows:

1. Debtors, Jeffery Lamar Johnson ("Debtors"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on July 16, 2024.

2. Secured Creditor holds a lien security interest in the Debtors' real property located at 3245 Bonifay Chipley Road, Bonifay, FL 32425

3. Upon information and belief, the Property is the Debtors' principal residence.

4. Secured Creditor anticipates filing a Proof of Claim by the deadline to file claims.

5. Secured Creditor's claim is secured by a security interest in real property that is the Debtors' principal residence and as such.  See 11 U.S.C. § 1123(b)(5).

6. On July 16, 2024, Debtors filed Chapter 13 Plan ("Plan").

7. According to Debtors' Plan, Debtors intends to strip Secured Creditor's lien.

8. Secured Creditor hereby rejects the Plan's treatment of its claim. Secured Creditor believes the Property is worth in excess of $298,206.00 and demands an opportunity to have the Property appraised.

9. Debtor has not provided any evidence to assert that there is no equity in the property. As the party seeking the lien strip, the Debtor bears the burden of establishing the value of the property. Only after that burden is met does the burden shift to the challenging party to provide evidence of their competing valuation. *In re Briseno v. Mutual Fed. Savs & Loan Ass'n, No.* 12 B 02903, 2013 WL 3964269 (Bankr. N.D. Ill. 2013) (Baer, J.).

10. Secured Creditor does not accept the Plan.

11. Secured Creditor reserves the right to amend and/or supplement this objection as needed, and/or in response to any additional filings by the Debtors.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny said disclosure statement, plan and for such other and further relief as the Court may deem just and proper.

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 470-321-7112
Facsimile: 561-997-6909

By: /s/April Howard
April Howard, Esquire
Florida Bar Number 37547
Email: aharriott@raslg.com

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on September 17, 2024, I caused to be electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Jeffery Lamar Johnson
3245 Bonifay Chipley Road
Bonifay, FL 32425

Melinda Anita Johnson
3245 Bonifay Chipley Road
Bonifay, FL 32425

Young Kim
Consumer Law Attorneys
2727 Ulmerton Road
suite 270
Clearwater, FL 33762

Leigh A. Duncan
Post Office Box 646
Tallahassee, FL 32302

United States Trustee
110 E. Park Avenue
Suite 128
Tallahassee, FL 32301

        By: /s/April Howard
        April Howard, Esquire
        Florida Bar Number 37547
        Email: aharriott@raslg.com