FORM orobclm (08/24)

# UNITED STATES BANKRUPTCY COURT
Northern District of Florida
Panama City Division

---

In Re: Jeffery Lamar Johnson
aka Jeffery Johnson, aka Jeff Johnson, aka Jeffery L. Johnson
SSN/ITIN: xxx−xx−7246
  Debtor

Bankruptcy Case No.:  24−50107−KKS

Melinda Anita Johnson
aka Melinda A. Johnson, aka Melinda Hogan
SSN/ITIN: xxx−xx−0145
  Joint Debtor

Chapter:  13
Judge:  Karen K. Specie

---

## Order Overruling, Without Prejudice,
## Objection to Proof of Claim # 1 ( ECF No. 76 )

THIS CASE is before the Court on the Objection to Proof of Claim # 1 ( "Objection to Claim," ECF No. 76 ). The Objection to Claim was not served on the Debtor in accordance with Bankruptcy Rule 3007(a)(2)(B).[1] It is

ORDERED: The Objection to Proof of Claim # 1 ( ECF No. 76 ) is OVERRULED, without prejudice.

DONE AND ORDERED on  January 2, 2025 .

/s/ Karen K. Specie
Karen K. Specie
U.S. Bankruptcy Judge

**SERVICE:** Service by the Court pursuant to applicable Rules.

---

[1] Fed. R. Bankr. P. 3007(a)(2)(B) ("Service of the objection and notice shall also be made by first−class mail or other permitted means on the debtor...."). A "debtor" is a "person or municipality concerning which a case under this title has been commenced." 11 U.S.C. § 101(13). *See also* N.D. Fla. LBR 2002−2(B)(1) (objections pursuant to the negative notice procedure shall be "served in the manner on the parties as required by the provisions of the Bankruptcy Rules, Local Rules, or any order of the Court applicable to motions, objections, or matters of the type made....").